UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England Jr.<br>United States District Judge<br>Sacramento, California | RE: Jose ANAYA<br>Docket Number: 0972 2:13CR00053-03<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jose Anaya is requesting permission to travel to Nayarit, Mexico due to the sudden passing of his brother, Samuel Anaya. The offender reports the need to travel to accompany his brother's remains for funeral processing. He is willing to provide all requested verifying documents. Mr. Anaya is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 15, 2015, Jose Anaya was sentenced for the offense of Conspiracy to Commit a Robbery Affecting Interstate Commerce (Class C Felony).

**Sentence Imposed:** 33 months custody of the Bureau of Prisons; 36 months of Supervised Release; and $100 Special Assessment. Special conditions include: Search; Substance Abuse Counseling and Testing; Aftercare co-payment;

**Dates and Mode of Travel:** The offender conveyed that he will depart for Mexico upon the court rendering a finding as to his request to travel. He will be permitted to travel up to 10 days. The offender has requested permission to travel by commercial bus lines, and has agreed to provide his travel itinerary.

**Purpose:** Mr. Anaya is requesting permission to travel to Mexico to retrieve Samuel Anaya's corpse. The offender reports that his brother passed on December 22, 2017, and there is a limited timeframe available prior to the mandatory cremation of the body. Due to the offender's family immigration status, he conveyed that he is the only legal relative that can enter Mexico. Mr.

1

REV. 05/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:** Jose Anaya
  **Docket Number: 0972 2:13CR00053**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Anaya is willing to provide documentation upon receipt of his brother's body, keep in contact with the undersigned to report any changes, and provide evidence of the funeral service.

Respectfully submitted,

/s/ Molly R. McSorley

Molly R. McSorley
United States Probation Officer

Dated: December 26, 2017
Modesto, California
MM/lr

/s/ Lonnie Stockton

**REVIEWED BY:** **Lonnie Stockton**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

**December 27, 2017**

**Date** **Honorable Morrison C. England, Jr.**
**United States District Judge**

2

REV. 09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX